# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

## E-filing

WILLIAM PASCHAL and PATRICIA PASCHAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.

CV 08  1298

EMC

TO: (Name and address of defendant)

GENERAL ELECTRIC COMPANY
c/o CT Corporation System
818 West Seventh Street
Los Angeles CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Gornick
Debra DeCarli
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, Suite 3600
San Francisco CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 5 2008
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |  |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:


☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:


☐ Returned unexecuted:


☐ Other *(specify)*:


**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                         Date                                                                Signature of Server

                                                                                                 _____
                                                                                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

### E-filing

WILLIAM PASCHAL and PATRICIA PASCHAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.


1298

TO: (Name and address of defendant)

GE HEALTHCARE INC.
c/o CT Corporation System
818 West Seventh Street
Los Angeles CA 90017


EMC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Gornick
Debra DeCarli
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, Suite 3600
San Francisco CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR

_(BY) DEPUTY CLERK_

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                                                  Signature of Server

                                                _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

## E-filing

WILLIAM PASCHAL and PATRICIA PASCHAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.

CV 08  1298 EMC

TO: (Name and address of defendant)

BAYER HEALTHCARE PHARMACEUTICALS, INC.
c/o CSC
2730 Gateway Oaks Drive, Sute 100
Sacramento CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Gornick
Debra DeCarli
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, Suite 3600
San Francisco CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR  5 2008
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                         Date                                                                  Signature of Server

                                                                                  _____
                                                                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

| | |
|---|---|
| WILLIAM PASCHAL and PATRICIA PASCHAL | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| V. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. |   CV 08 1298 EMC |

TO: (Name and address of defendant)

COVIDIEN, INC
c/o CT Corporation System
818 West Seventh Street
Los Angeles CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Gornick
Debra DeCarli
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, Suite 3600
San Francisco CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE **MAR 5 2008**

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

| Check one box below to indicate appropriate method of service |
|---|
| ☐ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ Returned unexecuted: |
| ☐ Other (specify): |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____<br>  Date<br><br>_____<br>Signature of Server<br><br>_____<br>Address of Server |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

WILLIAM PASCHAL and PATRICIA PASCHAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.

 

TO: (Name and address of defendant)

MALLINCKRODT, INC.
c/o CT Corporation System
818 West Seventh Street
Los Angeles CA 90017



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Gornick
Debra DeCarli
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, Suite 3600
San Francisco CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 5 08

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* | |
| ☐   Served Personally upon the Defendant. Place where served: | |
| ☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: | |
| ☐   Returned unexecuted: | |
| ☐   Other *(specify)*: | |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                                                    Signature of Server

                                                                        _____
                                                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

WILLIAM PASCHAL and PATRICIA PASCHAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.

CV 08    1298

EMC

TO: (Name and address of defendant)

BRACCO DIAGNOSTICS, INC.
c/o CT Corporation System
818 West Seventh Street
Los Angeles CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Gornick
Debra DeCarli
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, Suite 3600
San Francisco CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 5 2008

Richard W. Wieking
CLERK

DATE _____

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                         Date                                               Signature of Server

                                                                      _____
                                                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

## E-filing

| | |
|---|---|
| WILLIAM PASCHAL and PATRICIA PASCHAL | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| V. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. |    |

TO: (Name and address of defendant)

BAYER HEALTHCARE LLC
c/o CSC
2730 Gateway Oaks Drive, Sute 100
Sacramento CA 95833

EMC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Gornick
Debra DeCarli
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, Suite 3600
San Francisco CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 5 2008
DATE

(BY) DEPUTY CLERK

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                                              Signature of Server

                                                                          _____
                                                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure