| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Lawrence J. Gornick, 136290<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street<br>San Francisco, CA 94104 | (415) 646-7160 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | 9000-Paschal | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

William Paschal and Patricia Paschal

DEFENDANT:

Bayer Healthcare Pharmaceuticals, inc., et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV-08-1298-EMC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons for Bayer Healthcare Pharmaceuticals, Inc., Summons for Bayer Heathcare LLC, Summons for General Electric Company, Summons for GE Healthcare Inc., Summons for Covidien Inc., Summons for Mallinckrodt Inc., Summons for Bracco Diagnostics Inc., Civil Cover Sheet, Original Complaint and Demand for Jury Trial, ECF Registration Information Handout, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for Civil Practice - Judge Chen, Notice of

2. Party Served:             Bayer Healthcare Pharmaceuticals, Inc.

3. Person Served:            CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:  March 6, 2008      2:10 pm

5. Address, City and State:  2730 GATEWAY OAKS DR STE 100
                             SACRAMENTO, CA 95833

6. Manner of Service:        Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.: 2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on March 6, 2008 at Sacramento, California.

Signature: _____
Tyler Dimaria

FF# 6658147