POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Lawrence J. Gornick, 136290<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street 36th Floor<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 646-7160<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: William Paschal and Patricia Paschal<br>DEFENDANT/RESPONDENT: Bayer Healthcare Pharmaceuticals, inc., et al. | CASE NUMBER:<br>CV-08-1298-EMC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>9000-Paschal |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons for Bracco Diagnostics Inc., Civil Cover Sheet, Original Complaint and Demand for Jury Trial, ECF Registration Information Handout, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for Civil Practice - Judge Chen, Notice of Assignment of Case to US Magistrate Judge for Tria US District Court San Francisco information packet

3. a. Party served: Bracco Diagnostics, Inc.

   **BY FAX**

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 3/6/2008    (2) at (time): 9:35 AM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Bracco Diagnostics, Inc.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:       Jimmy Lizama
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
                  415-491-0606
   c. Telephone number:
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/7/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                        (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6658153