POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Lawrence J. Gornick, 136290<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street 36th Floor<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 646-7160<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: William Paschal and Patricia Paschal | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Bayer Healthcare Pharmaceuticals, inc., et al. | CV-08-1298-EMC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>9000-Paschal |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons for Covidien Inc., Civil Cover Sheet, Original Complaint and Demand for Jury Trial, ECF Registrat Information Handout, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orde: for Civil Practice - Judge Chen, Notice of Assignment of Case to US Magistrate Judge for Trial, US District Court San Francisco information packet

3. a. Party served: Covidien, Inc.

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process   BY FAX

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 3/6/2008    (2) at (time): 9:35 AM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Covidien, Inc.

   under:   CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:   Jimmy Lizama
   b. Address:   One Legal - 194-Marin
                 504 Redwood Blvd #223
                 Novato, CA 94947
   c. Telephone number:   415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/7/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                              (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br><br>FF# 6658151 |
|---|---|---|