1   RODNEY M. HUDSON (State Bar No. 189363)
    DRINKER BIDDLE & REATH LLP
2   50 Fremont Street, 20th Floor
    San Francisco, California  94105-2235
3   Telephone: (415) 591-7500
    Facsimile: (415) 591-7510
4
    Attorneys for Defendants
5   BAYER HEALTHCARE PHARMACEUTICALS, INC.
    AND BAYER HEALTHCARE LLC
6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM PASCHAL and PATRICIA          Case No. CV-08-1298 EMC
    PASCHAL,
12                                        **STIPULATION EXTENDING TIME
                 Plaintiffs,              FOR DEFENDANTS BAYER
13                                        HEALTHCARE
         v.                               PHARMACEUTICALS, INC AND
14                                        BAYER HEALTHCARE LLC TO FILE
    BAYER HEALTHCARE                      A RESPONSIVE PLEADING**
15  PHARMACEUTICALS, INC; BAYER
    HEALTHCARE LLC; GENERAL
16  ELECTRIC COMPANY; GE
    HEALTHCARE, INC.; COVIDIEN, INC.;
17  MALLINCKRODT, INC.; and BRACCO
    DIAGNOSTICS, INC.,
18
                 Defendants.
19

20

21       TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES

22  IN THIS CASE:

23       Pursuant to Local Rule 6-1 of the U.S. District Court for the Northern District of

24  California, and based on the March 17, 2008 agreement between counsel for Plaintiffs

25  WILLIAM and PATRICIA PASCHAL and counsel for Defendants' BAYER

26  HEALTHCARE PHARMACEUTICALS, INC. and BAYER HEALTHCARE LLC

27  (collectively referred to herein as "Bayer") it is hereby stipulated that Bayer's response to

28  Plaintiffs' complaint is now due to be filed and served on or before April 25, 2008.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1    The parties further recognize that this enlargement of time to respond to Plaintiffs'

2    complaint does not interfere with any event or deadline already fixed by Court order.

3

4    Dated: March 25, 2008                          LEVIN SIMES KAISER & GORNICK LLP

5                                                   /S/ Debra DeCarli

6                                                   LAWRENCE J. GORNICK
                                                    DEBRA DeCARLI

7                                                   Attorneys for Plaintiffs
                                                    WILLIAM PASCHAL and PATRICIA
8                                                   PASCHAL

9

10   Dated: March 25, 2008                          DRINKER BIDDLE & REATH LLP

11

12                                                  /S/ Rodney M. Hudson
                                                    RODNEY M. HUDSON

13
                                                    Attorneys for Defendants
14                                                  BAYER HEALTHCARE
                                                    PHARMACEUTICALS, INC. AND
15                                                  BAYER HEALTHCARE LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SF1\397287\1    STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND          CASE NO. CV-08-1298 EMC