


Frank C. Rothrock (SBN: 54552)
Thomas A. Woods (SBN: 210050)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92164-2546
Telephone:  (949) 475-1500
Facsimile:   (949) 475-0016
  twoods@shb.com

Attorneys for Defendants denominated "Covidien, Inc.;" and "Mallinckrodt, Inc."

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PASCHAL and PATRICIA PASCHAL,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No. CV 08-1298 (EMC)<br><br>**STIPULATION OF THE PARTIES RE: ENLARGEMENT OF TIME FOR DEFENDANTS DENOMINATED "COVIDIEN, INC.," AND "MALLINCKRODT, INC." TO FILE A RESPONSIVE PLEADING**<br><br>Complaint filed: March 5, 2008 |

TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES IN THIS CASE:

Consistent with Local Rule 6-1 of the U.S. District Court for the Northern District of California, and based on the March 24, 2008 agreement between counsel for plaintiffs William and Patricia Paschal and counsel for defendants denominated "Covidien, Inc." and "Mallinckrodt, Inc.," (hereinafter "Mallinckrodt"), it is hereby stipulated that Mallinckrodt's response to plaintiffs' complaint is now due to be filed and served on or before April 25, 2008.

The parties further recognize that this enlargement of time to respond to plaintiffs' complaint does not interfere with any event or deadline already fixed by

Court order. Specifically, the Court's Order Setting Initial Case Management Conference fixes the date for the parties' Fed. rule Civ. Proc. 26(f) Conference for June 11, 2008.

IT IS SO STIPULATED:

DATED: March 25, 2008          Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: s/Thomas A. Woods
    FRANK C. ROTHROCK
    THOMAS A. WOODS
Attorneys for Defendants denominated "Covidien, Inc.;" and "Mallinckrodt, Inc."

DATED: March 25, 2008          LEVIN SIMES KAISER & GORNICK LLP

By: s/ Debra DeCarli
    Lawrence J. Gornick
    Debra DeCarli
Attorneys for Plaintiffs William and Patricia Paschal