| | |
|---|---|
| 1 | Deborah C. Prosser (SBN 109856) |
| | Stephanie A. Hingle (SBN 199396) |
| 2 | KUTAK ROCK LLP |
| | 515 So. Figueroa Boulevard, Suite 1240 |
| 3 | Los Angeles, CA 90071 |
| | Telephone: (213) 312-4000 |
| 4 | Facsimile: (213) 312-4001 |
| | Email: Deborah.Prosser@KutakRock.com |
| 5 | Email: Stephanie.Hingle@KutakRock.com |
| 6 | Attorneys for Defendants |
| | GENERAL ELECTRIC COMPANY and |
| 7 | GE HEALTHCARE INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM PASCHAL and PATRICIA PASCHAL, | Case No. 3:08-CV-01298 EMC |
| Plaintiffs, | **DEFENDANTS GENERAL ELECTRIC COMPANY AND GE HEALTHCARE INC.'S DEMAND FOR JURY TRIAL** |
| v. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC., | **[Jury Trial Demanded]** |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

///

///

///

///

///

4815-3483-2386.1                               - 1 -

DEMAND FOR JURY TRIAL                                    CASE NO. 3:08-CV-01298 EMC

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

1 | Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants General Electric Company and GE Healthcare Inc. hereby demand a trial by jury in the above-entitled action.

Dated: March 25, 2008

KUTAK ROCK LLP

By: /s/ Stephanie Hingle
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GENERAL ELECTRIC COMPANY
and GE HEALTHCARE INC.