Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 So. Figueroa Boulevard, Suite 1240
Los Angeles, CA 90071
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
Email: Deborah.Prosser@KutakRock.com
Email: Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM PASCHAL and PATRICIA PASCHAL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>　　　　Defendants. | Case No. 3:08-CV-01298 EMC<br><br>**DEFENDANTS GENERAL ELECTRIC COMPANY AND GE HEALTHCARE INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[Jury Trial Demanded]** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this corporate disclosure statement is filed on behalf of Defendants General Electric Company and GE Healthcare Inc., as follows:

(1)　General Electric Company is a publicly held corporation. No other public entity owns 10% or more of General Electric Company.

1  (2)  GE Healthcare Inc. is a wholly owned subsidiary of General Electric
2  Company.  No other public entity owns 10% or more of GE Healthcare Inc.

3  Dated:  March 25, 2008                                   KUTAK ROCK LLP

5  By: *[signature]*
   Deborah C. Prosser
6  Stephanie A. Hingle
7  Attorneys for Defendants
   GENERAL ELECTRIC COMPANY
   and GE HEALTHCARE INC.