Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 So. Figueroa Boulevard, Suite 1240
Los Angeles, CA 90071
Telephone:  (213) 312-4000
Facsimile:  (213) 312-4001
Email:  Deborah.Prosser@KutakRock.com
Email:  Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM PASCHAL and PATRICIA PASCHAL,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>Defendants. | Case No.  3:08-CV-01298 EMC<br><br>**CERTIFICATION OF INTERESTED PARTIES**<br><br>**[Jury Trial Demanded]** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Central District of California Local Rule 7.1-1, Defendants General Electric Company and GE Healthcare Inc., by their undersigned attorneys, hereby certify that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Interested parties identified in the pleadings are as follows: Plaintiffs William Paschal and Patricia Paschal, Defendant Bayer Healthcare Pharmaceuticals, Inc., Defendant Bayer Healtchare LLC, Defendant General Electric Company, Defendant GE Healthcare Inc., Defendant Covidien, Inc., Defendant Mallinckrodt, Inc., Defendant Bracco Diagnostics, Inc.

In addition to the persons and entities identified in the pleadings, other entities that may have a direct, pecuniary interest in the outcome of this case based upon their relationship with one or more of the defendants are: Electric Insurance Company.

Dated: March 25, 2008                    KUTAK ROCK LLP

By: _____
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GENERAL ELECTRIC COMPANY
and GE HEALTHCARE INC.