1  Deborah C. Prosser (SBN 109856)
   Stephanie A. Hingle (SBN 199396)
2  KUTAK ROCK LLP
   515 So. Figueroa Boulevard, Suite 1240
3  Los Angeles, CA 90071
   Telephone:  (213) 312-4000
4  Facsimile:   (213) 312-4001
   Email:  Deborah.Prosser@KutakRock.com
5  Email:  Stephanie.Hingle@KutakRock.com

6  Attorneys for Defendants
   GENERAL ELECTRIC COMPANY and
7  GE HEALTHCARE INC.

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM PASCHAL and PATRICIA PASCHAL,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>　　　　　Defendants. | Case No.  3:08-cv-01298 EMC<br><br>**ORDER TO STAY PROCEEDINGS PENDING DECISION ON APPLICATION TO TRANSFER TO MULTI-DISTRICT LITIGATION COURT**<br><br>**[Jury Trial Demanded]**<br><br>Reserved Hearing:<br><br>Date:　　April 16, 2008<br>Time:　　10:30 a.m.<br>Courtroom: C |

## ORDER

This action is hereby stayed in its entirety until a the Conditional Transfer Order is issued and becomes final, or until such time as this action is transferred to the previously established Multi-District Litigation ("MDL") court, whichever is later.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**