1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
   AGGIE B. LEE-STATE BAR NO. 228332
3  515 South Flower Street
   Forty-Second Floor
4  Los Angeles, CA 90071-2223
   Telephone:  (213) 430-3400
5  Facsimile:  (213) 430-3409
   michael.zellers@tuckerellis.com
6  mollie.benedict@tuckerellis.com
   aggie.lee@tuckerellis.com
7
   Attorneys for Defendant
8  BRACCO DIAGNOSTICS INC.

9             **UNITED STATES DISTRICT COURT**

10   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11  WILLIAM PASCHAL and PATRICIA   )  Case No. CV-08-1298 EMC
    PASCHAL,                        )
12                                  )
                                    )
13          Plaintiffs,             )  **STIPULATION OF PLAINTIFFS**
                                    )  **AND DEFENDANT BRACCO**
14      v.                          )  **DIAGNOSTICS INC. TO EXTEND**
                                    )  **DEFENDANT'S TIME TO MOVE**
15  BAYER HEALTHCARE                )  **OR PLEAD**
    PHARMACEUTICALS, INC.; BAYER    )
16  HEALTHCARE LLC; GENERAL         )
    ELECTRIC COMPANY; GE            )
17  HEALTHCARE, INC.; COVIDIEN,     )
    INC.; MALLINCKRODT, INC.; and   )
18  BRACCO DIAGNOSTICS, INC.,       )
                                    )
19          Defendants.             )
                                    )
20                                  )
                                    )
21  _____ )

22

23

24

25

26

27

28

STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD CV-08-1298 EMC

LAimanage/11255/00005/606121/1

1 | Plaintiffs William Paschal and Patricia Paschal and defendant Bracco
2 | Diagnostics Inc. by and through their respective counsel, hereby stipulate as
3 | follows:
4 | The time for Bracco Diagnostics Inc. to move or plead to Plaintiffs'
5 | Complaint shall be extended to April 25, 2008.  Plaintiffs' counsel authorized the
6 | stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email
7 | dated March 20, 2008.

DATED: MARCH 26, 2008          TUCKER ELLIS & WEST LLP

By:    /s/ Aggie B. Lee
       Aggie B. Lee
       Attorneys for Defendant
       BRACCO DIAGNOSTICS INC.

DATED: MARCH 26, 2008          LEVIN SIMES KAISER & GORNICK LLP

By:    /s/ Lawrence J. Gornick
       Lawrence J. Gornick
       Attorneys for Plaintiffs JOE V.
       SANCHEZ and SANDRA L.
       ROARTY-SANCHEZ