Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 So. Figueroa Boulevard, Suite 1240
Los Angeles, CA 90071
Telephone:  (213) 312-4000
Facsimile:   (213) 312-4001
Email:  Deborah.Prosser@KutakRock.com
Email:  Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM PASCHAL and PATRICIA PASCHAL,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>　　　　　Defendants. | Case No.  3:08-cv-01298 EMC<br><br>**DEFENDANTS GENERAL ELECTRIC COMPANY AND GE HEALTHCARE INC.'S AMENDED NOTICE OF APPLICATION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MDL**<br><br>**[Jury Trial Demanded]**<br><br>Reserved Hearing:<br><br>Date:　　April 30, 2008<br>Time:　　10:30 a.m.<br>Place:　　USDC-Northern District<br>　　　　　Courtroom C<br>　　　　　450 Golden Gate Avenue<br>　　　　　San Francisco, CA 94102 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants General Electric Company and GE Healthcare Inc. ("Defendants") hereby amend the notice of hearing on their Application to Stay Proceedings. The hearing is currently scheduled for April 30, 2008 at 10:30 a.m. in

1  Courtroom 12 of the above-entitled Court located at 450 Golden Gate Avenue, San
2  Francisco, CA 94102.

3  Dated: March 26, 2008                    KUTAK ROCK LLP

5  By: *[signature]*
6  Deborah C. Prosser
   Stephanie A. Hingle
7  Attorneys for Defendants
   GENERAL ELECTRIC COMPANY
8  and GE HEALTHCARE INC.