RODNEY M. HUDSON (State Bar No. 189363)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS, INC.
AND BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PASCHAL and PATRICIA PASCHAL,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>Defendants. | Case No. CV-08-1298 EMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC AND BAYER HEALTHCARE LLC TO FILE A RESPONSIVE PLEADING** |

TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES IN THIS CASE:

Pursuant to Local Rule 6-1 of the U.S. District Court for the Northern District of California, and based on the March 17, 2008 agreement between counsel for Plaintiffs WILLIAM and PATRICIA PASCHAL and counsel for Defendants' BAYER HEALTHCARE PHARMACEUTICALS, INC. and BAYER HEALTHCARE LLC (collectively referred to herein as "Bayer") it is hereby stipulated that Bayer's response to Plaintiffs' complaint is now due to be filed and served on or before April 25, 2008.

1  The parties further recognize that this enlargement of time to respond to Plaintiffs'
2  complaint does not interfere with any event or deadline already fixed by Court order.

3
4  Dated: March 25, 2008                    LEVIN SIMES KAISER & GORNICK LLP

5                                           /S/ Debra DeCarli
6                                           LAWRENCE J. GORNICK
                                            DEBRA DeCARLI
7
                                            Attorneys for Plaintiffs
8                                           WILLIAM PASCHAL and PATRICIA
                                            PASCHAL
9

10 Dated: March 25, 2008                    DRINKER BIDDLE & REATH LLP
11
                                            /S/ Rodney M. Hudson
12                                          RODNEY M. HUDSON

13                                          Attorneys for Defendants
                                            BAYER HEALTHCARE
14                                          PHARMACEUTICALS, INC. AND
                                            BAYER HEALTHCARE LLC
15

16
17
18
19
20  IT IS SO ORDERED.

21
22  Edward M. Chen
    U.S. Magistrate
23
24
25



26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

2