1 | TUCKER ELLIS & WEST LLP
2 | MICHAEL C. ZELLERS-STATE BAR NO. 146904
  | MOLLIE BENEDICT-STATE BAR NO. 187084
3 | AGGIE B. LEE-STATE BAR NO. 228332
  | 515 South Flower Street
4 | Forty-Second Floor
  | Los Angeles, CA 90071-2223
5 | Telephone:  (213) 430-3400
  | Facsimile:  (213) 430-3409
6 | michael.zellers@tuckerellis.com
  | mollie.benedict@tuckerellis.com
7 | aggie.lee@tuckerellis.com

8 | Attorneys for Defendant
  | BRACCO DIAGNOSTICS INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM PASCHAL and PATRICIA PASCHAL,<br><br>        Plaintiffs,<br><br>    v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>        Defendants. | Case No. CV-08-1298 EMC<br><br>**STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD** ; ORDER |

---

STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD CV-08-1298 EMC

LAimanage/11255/00005/606121/1

1    Plaintiffs William Paschal and Patricia Paschal and defendant Bracco
2 Diagnostics Inc. by and through their respective counsel, hereby stipulate as
3 follows:
4    The time for Bracco Diagnostics Inc. to move or plead to Plaintiffs'
5 Complaint shall be extended to April 25, 2008.  Plaintiffs' counsel authorized the
6 stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email
7 dated March 20, 2008.

9 DATED: MARCH 26, 2008        TUCKER ELLIS & WEST LLP

                              By:   /s/ Aggie B. Lee
                                    Aggie B. Lee
                                    Attorneys for Defendant
                                    BRACCO DIAGNOSTICS INC.

16 DATED: MARCH 26, 2008        LEVIN SIMES KAISER & GORNICK LLP

                              By:   /s/ Lawrence J. Gornick
                                    Lawrence J. Gornick
                                    Attorneys for Plaintiffs JOE V.
                                    SANCHEZ and SANDRA L.
                                    ROARTY-SANCHEZ

IT IS SO ORDERED:

_____
Edward M.
U.S. Magis[trate]

*IT IS SO ORDERED — Judge Edward M. Chen*  
*United States District Court — Northern District of California*

2.