1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
   AGGIE B. LEE-STATE BAR NO. 228332
3  515 South Flower Street
   Forty-Second Floor
4  Los Angeles, CA 90071-2223
   Telephone:  (213) 430-3400
5  Facsimile:  (213) 430-3409
   michael.zellers@tuckerellis.com
6  mollie.benedict@tuckerellis.com
   aggie.lee@tuckerellis.com
7
   Attorneys for Defendant
8  BRACCO DIAGNOSTICS INC.

9                    **UNITED STATES DISTRICT COURT**

10       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11  WILLIAM PASCHAL and PATRICIA   )  Case No. CV-08-1298 EMC
    PASCHAL,                       )
12                                 )
                                   )
13           Plaintiffs,           )  **STIPULATION OF PLAINTIFFS**
                                   )  **AND DEFENDANT BRACCO**
14       v.                        )  **DIAGNOSTICS INC. TO EXTEND**
                                   )  **DEFENDANT'S TIME TO MOVE**
15  BAYER HEALTHCARE               )  **OR PLEAD**    ; ORDER
    PHARMACEUTICALS, INC.; BAYER   )
16  HEALTHCARE LLC; GENERAL        )
    ELECTRIC COMPANY; GE           )
17  HEALTHCARE, INC.; COVIDIEN,    )
    INC.; MALLINCKRODT, INC.; and  )
18  BRACCO DIAGNOSTICS, INC.,      )
                                   )
19           Defendants.           )
                                   )
20                                 )
                                   )
21  _____)

22

23

24

25

26

27

28

---

STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD CV-08-1298 EMC

LAimanage/11255/00005/606121/1

1  Plaintiffs William Paschal and Patricia Paschal and defendant Bracco
2  Diagnostics Inc. by and through their respective counsel, hereby stipulate as
3  follows:
4  The time for Bracco Diagnostics Inc. to move or plead to Plaintiffs'
5  Complaint shall be extended to April 25, 2008.  Plaintiffs' counsel authorized the
6  stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email
7  dated March 20, 2008.

9  DATED:  MARCH 26, 2008          TUCKER ELLIS & WEST LLP

                                   By:   /s/ Aggie B. Lee
                                         Aggie B. Lee
                                         Attorneys for Defendant
                                         BRACCO DIAGNOSTICS INC.

16 DATED:  MARCH 26, 2008          LEVIN SIMES KAISER & GORNICK LLP

                                   By:   /s/ Lawrence J. Gornick
                                         Lawrence J. Gornick
                                         Attorneys for Plaintiffs JOE V.
                                         SANCHEZ and SANDRA L.
                                         ROARTY-SANCHEZ

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen*