IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM PASCHAL, et al.,            No. C 08-01298 CW

    Plaintiffs,                ORDER TEMPORARILY
                                       STAYING ACTION
   v.

BAYER HEALTHCARE PHARMACEUTICALS,
INC. et al.,

    Defendants.
                                      /

    IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case to the Northern District of Ohio (MDL 1909) for consolidated pretrial proceedings. All hearing and motion dates are VACATED pending further order of this Court. Defendants General Electric Company and GE Healthcare, Inc.'s Application to Stay All Proceedings Pending Transfer to MDL is denied as moot.

    **Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 4/15/08

                                         CLAUDIA WILKEN
                                         UNITED STATES DISTRICT JUDGE