**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

April 16, 2008

U.S. District Court  
Northern District of Ohio  
801 West Superior Avenue  
Cleveland, OH 44113

RE: CV 08-01298 CW   Paschal-v-Bayer Healthcare Pharmaceuticals, Inc.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, please access the electronic case file through CM/ECF Sytems.

.

        Sincerely,  
        RICHARD W. WIEKING, Clerk


        by:  Clara Pierce  
        Case Systems Administrator